HENRY OTT, Appellant, *v.* METROPOLITAN JOCKEY CLUB,
Respondent.

Argued April 13, 1954; decided June 4, 1954.

*Myron D. Levy* for appellant.

*David F. Cohen* and *Alvin S. Rosenson* for respondent.

Order affirmed, with costs. First question certified answered in the negative; second question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.